UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BANGALLY FATTY,

                    Petitioner,

    v.

ELAINE DUKE, et al.,

                    Respondents.

CASE NO. C17-1535-MJP-BAT

**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME**

      The Court **GRANTS** the parties' stipulated motion for extension of time, Dkt. 7, and **ORDERS**:

      (1)      The Clerk shall **RENOTE** respondents' motion to dismiss, Dkt. 5, and petitioner's motion to stay, Dkt. 2, for **December 22, 2017**.

      (2)      Petitioner may respond to the motion to dismiss by December 11, 2017, and respondents may reply by December 22, 2017.

      DATED this 28th day of November, 2017.

BRIAN A. TSUCHIDA
United States Magistrate Judge