UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BANGALLY FATTY,<br><br>                Petitioner,<br><br>   v.<br><br>ELAINE DUKE, et al.,<br><br>                Respondent. | CASE NO. C17-1535-MJP-BAT<br><br>**ORDER GRANTING STIPULATED MOTION** |

The parties' stipulated motion to re-note the motion for stay of removal, Dkt. 11, is GRANTED. The Clerk is directed to RE-NOTE the motion for stay of removal, Dkt. 2, for January 12, 2018.

DATED this 12th day of December, 2017.

                                      BRIAN A. TSUCHIDA
                                      United States Magistrate Judge

ORDER GRANTING STIPULATED MOTION
- 1