UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BANGALLY FATTY,

        Petitioner,

v.

ELAINE DUKE, et al.,

        Respondents.

CASE NO. C17-1535-MJP-BAT

**ORDER DIRECTING SUPPLEMENTAL BRIEFING AND GRANTING UNOPPOSED MOTION TO SUPPLEMENT THE RECORD**

Having considered the pending motions and the balance of the record, the Court **ORDERS**:

(1) The Government's motion to dismiss argues the Court does not have jurisdiction to consider Mr. Fatty's claim that he has a due process right to adjudication of his pending T visa application, and that even if the Court does have jurisdiction, Mr. Fatty has not been denied a meaningful opportunity to be heard. The parties' briefing, however, does not address the threshold requirement of a due process claim: a protected liberty or property interest. *See Ching v. Mayorkas*, 725 F.3d 1149, 1155 (9th Cir. 2013). By **March 9, 2018**, the Government shall file a supplemental brief that addresses whether Mr. Fatty has asserted a protected liberty or property interest. By **March 16, 2018**, Mr. Fatty shall file a supplemental response. The Government may file a supplemental reply by **March 23, 2018**.

ORDER DIRECTING SUPPLEMENTAL
BRIEFING AND GRANTING UNOPPOSED
MOTION TO SUPPLEMENT THE RECORD -
1

1  (2) Mr. Fatty's motion to supplement the administrative record, which is unopposed,

2  is **GRANTED**. Dkt. 20.

3  (3) The Clerk is directed to **RE-NOTE** the Government's motion to dismiss, Dkt. 14,

4  for March 23, 2018.

5  DATED this 23rd day of February, 2018.

```
                                    _____
                                    BRIAN A. TSUCHIDA
                                    United States Magistrate Judge
```