# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BENGALLY FATTY,<br><br>                Petitioner,<br><br>     v.<br><br>KIRSTJEN M. NIELSEN, et al.,<br><br>                Respondents. | CASE NO. C17-1535-MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge: The Court GRANTS oral argument on Petitioner's Objections to the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge. (Dkt. Nos. 27, 28.) Oral argument shall be heard on June 21, 2018 at 10:00 AM. Given this hearing date, the Court notes that Petitioner's removal necessarily will not be effectuated prior to the expiration of his temporary travel document or within thirty days of the date of this Order. Petitioner was arrested on September 19, 2017, and has already been detained for more than six months. Therefore, the Court finds that Petitioner is entitled to a bond

| | |
|---|---|
| 1 | hearing under <u>Diouf v. Napolitano</u>, 634 F.3d 1081 (9th Cir. 2011) and GRANTS Petitioner's |
| 2 | request for a bond hearing pending resolution of his 28 U.S.C. § 2241 immigration habeas |
| 3 | petition. |

The clerk is ordered to provide copies of this order to all counsel.

Filed May 16, 2018.

William M. McCool<br>
Clerk of Court<br>
<br>
s/Paula McNabb<br>
Deputy Clerk