UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BANGALLY FATTY,<br><br>    Petitioner,<br><br> v.<br><br>KIRSTJEN M. NIELSEN, et al.,<br><br>    Defendants. | CASE NO. C17-1535-MJP<br><br>ORDER EXTENDING DEADLINES |

Pursuant to the Parties' Stipulation (Dkt. No. 50), the Court hereby ORDERS that Petitioner's Motion for Attorney's Fees be Renoted for April 19, 2019. Respondents shall file their Response to Petitioner's Motion for Attorney's Fees by April 10, 2019, and Petitioner shall file any reply by April 19, 2019.

The clerk is ordered to provide copies of this order to all counsel.

Dated March 18, 2019.

                Marsha J. Pechman
                United States District Judge