District Court Judge Marsha J. Pechman
Magistrate Judge Brian A. Tsuchida

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BANGALLY FATTY,<br><br>    Petitioner,<br><br>    v.<br><br>ELAINE DUKE, Acting Secretary of Department of Homeland Security, et al.<br><br>    Respondents. | CASE NO. 2:17-cv-01535-MJP-BAT<br><br>STIPULATION AND ORDER TO LIFT STAY OF REMOVAL |

ORDER

The parties having so stipulated and agreed, it is hereby SO ORDERED. The Court's stay of removal, Dkt. Nos. 40 & 48, is HEREBY LIFTED.

The Clerk is directed to send copies of this Order to all counsel of record.

Dated this 28th day of March, 2019.

*[signature]*

Marsha J. Pechman
United States District Judge

STIPULATION AND PROPOSED ORDER - 1
CASE NO. 2:17-cv-01535-MJP-BAT